# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | E 1147510 | GARAY | 7562 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 8/30/2022 8:45A
**Offense Charged:** ☒ USC  ☐ CFR  ☐ State Code
TITLE 18 USC13 / CVC 22300

**Place of Offense:** S/B VANDEGRIFT BLVD INO SAN RAFAEL ROAD CAMP PENDLETON, CA 92055

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
SPEED: 56/35 (+21)
RADAR #1

### DEFENDANT INFORMATION
**Last Name:** YOUSSEF
**First Name:** GEORGE
**M.I.:** M.

**Tag No.:** 8WSR485  **State:** CA  **Year:** 2021  **Make/Model:** MAZDA/CX5  **PASS:** ☐  **Color:** GRY

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 135.00 Forfeiture Amount
+ $30 Processing Fee
$ 165.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** 221 W. BROADWAY, SAN DIEGO, CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: (signed)

Original - CVB Copy

*E1147510*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **30 AUG, 2022** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

SEE ATTACHED NARRATIVE

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **8/30/2022**
Officer's Signature: (signed)

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/13/2022 17:1